

FILED

NOV 10 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAWNYA BEARCOMESOUT,<br><br>Defendant. | CR 16-13-BLG-SPW<br><br><br><br>ORDER |

For the reasons stated on the record, TAWNYA BEARCOMESOUT is hereby released from the custody of the U.S. Marshals Service.

DATED this 10th day of November, 2016.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE