**FILED**

SEP -7 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-13-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TAWNYA BEARCOMESOUT, | |
| Defendant. | |

For the reasons stated on the record, TAWNYA BEARCOMESOUT is hereby released from the custody of the U.S. Marshals Service at 12:00 p.m. on Friday, September 7, 2018.

DATED this 7th day of September 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE